UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRENSO DIVISION

| | |
|---|---|
| CARRIE KRIDER,<br><br>           Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>           Defendant. | Case # 1:14-CV-000245-SKO<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Opening Brief.

   Counsel for the Plaintiff has been unwell and unable to complete the scheduling briefing. As a result, counsel for Plaintiff requires additional time to draft the Opening Brief. Plaintiff requests an extension of time to November 20, 2014.

   The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1     MOTION
           [1:14-CV-000245-SKO]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

Dated October 20, 2014:        /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109
                               Dellert Baird Law Offices, PLLC
                               PO Box 3757
                               Silverdale, WA 98383
                               (360) 329-6968
                               Attorney for Plaintiff

Dated October 21, 2014:        s/ KELSEY M. BROWN for Asim Modi
                               ASIM MODI
                               (per e-mail authorization)
                               Special Assistant U.S. Attorney
                               Office of the General Counsel

                               Of Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff's confidential letter brief shall be served on or before November 20, 2014.

IT IS SO ORDERED.

   Dated:   **October 23, 2014**                **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
          [1:14-CV-000245-SKO]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968